```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JUAN HERNANDEZ,

                    Plaintiff,          01 Civ. 9585(SHS)(DFE)

          - against -                   MEMORANDUM AND ORDER

GLEN S. GOORD, et al.,

                    Defendants.
------------------------------------x
```

DOUGLAS F. EATON, United States Magistrate Judge.

    By letter to Judge Stein dated July 28, 2009, Mr. Hernandez requested a settlement conference "as soon as possible," and said that his monetary "requests will be within the reach of the defendants' counsel."

    On September 2, 2009, Judge Stein issued a new Order of Reference to me.  In a Memorandum and Order dated September 14, I wrote:  "I direct Mr. Hernandez to mail copies of his settlement demand to me and to Mr. Nowve by September 25, 2009."  Today, I received a letter from Mr. Hernandez dated September 26. Essentially, he makes the dubious assertion that he will not be able to make a settlement demand until he gets to the law library, which will be on October 2 at the earliest.  He also requests that he be placed in Federal custody in the interim; I deny that request.

    **I direct Mr. Hernandez to mail copies of his settlement demand to me and to Mr. Nowve as soon as he receives today's order,** regardless of any excuses, including whether he has been to the law library.  Failure to comply with a court order can result in monetary sanctions and/or dismissal of a civil lawsuit. Mr. Nowve's ex parte letter to me is due three business days after he receives Mr. Hernandez's settlement demand.  I direct Mr. Nowve to make arrangements with my chambers and with Auburn Correctional Facility to reschedule the settlement conference.

    I direct the Docket Clerk to note plaintiff's new address.

                                                 */s/ Douglas F. Eaton*
                                            DOUGLAS F. EATON
                                            United States Magistrate Judge

Dated:    New York, New York
            September 30, 2009

-2-

Copies of this Memorandum and Order are being mailed to:

Juan Hernandez, # 94-A-5040
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024
Legal Mail

Donald Nowve, Esq.
Assistant Attorney General
State of New York
120 Broadway
New York, NY 10271-0332

Hon. Sidney H. Stein

COPY MAILED / FAXED TO:
COUNSEL FOR PLTFF(S): _____
COUNSEL FOR DFT(S): ✓
PLTF. PRO SE: ✓
DFT. PRO SE: _____
DATE: 10/1/01
BY: _____