From the Desk of
Mr. Juan Hernandez 94A2040
Ulster Corr. Fac.
P.O. Box-800
Napanoch, NY 12458

August 27, 2015

RECEIVED
SDNY PRO SE OFFICE
2015 SEP -1 A 10: 24

United States District Court
Southern District of New York
500 Pearl Street

RE: Hernandez v. Goord 01 cv 9585(SHS)
~~Statutes~~ Status of Case

Dear Pro-Se Office

I am the above plaintiff in the above caption case, writing to respectfully inquire as to the status of my case mentioned above. I am presently incarcerated at Ulster Correctional Facility.

Please be so kind and send me the court docket for my case. Then maybe I can determine what has taken place in this case.

In conclusion thank you in advance for your time and attention and all considerations.

Also please send me the name and address of the last attorney assigned to this case. Thanks again.

Respectfully
Mr. Juan Hernandez

P.S. Also, I believe this case was sent to the Appeals Court, however I do not know that court's docket number at this time. Can you please also provide me with the Appeals Court docket number and the correct address of that Appeals Court. Thank you so very much. Please enjoy the remainder of your day.



**ULSTER CORRECTIONAL FACILITY**
P.O. Box 800
Napanoch, N.Y. 12458

NAME: Mr. Juan Hernandez   DIN: 94A5040

RECEIVED
SDNY PRO SE OFFICE
2015 SEP -1  A 10:24

Legal-Mail

United States District Court House
Southern District
500 Pearl Street
New York, New York
New York, NY 10007
Attn: Pro-Se Office

Legal-Mail