UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/16

CHAMBERS OF
SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

March 21, 2016

Mr. Juan Hernandez
(94-A-5040)
Queensboro Correctional Facility
47-04 Van Dam Street
Long Island City, NY 11101

Re:   Hernandez v. Goord, et al., 01-Cv-9585 (SHS)

Dear Mr. Hernandez:

The Court has received your letter dated March 11, 2016. Please be advised that Judge Stein cannot give you legal advice. I am filing your letter and this letter in the Court's ECF system and sending a copy to Christopher Garcia, Esq., your trial attorney.

Very truly yours,

Laura Blakely

Laura Blakely
Courtroom to Judge Stein

cc:   Christopher Garcia, Esq.