```
Hon. Sidney Stein            From The Desk Of
United State District    Mr. Juan Hernandez 94A5040
CourtHouse                   Fishkill Corr. Fac.
500 Pearl Street                P.O. Box-1245
New York, NY 10007           Beacon, NY 12508
                                                      April 20, 2016
```

RE: Hernandez v. Goord 01 Civ. 9585 (SHS)
NOTICE OF CHANGE OF ADDRESS

Dear Judge Stein,

   Once again, I respectfully ask the court's assistance in obtaining the $38,002.00 due me as a result of the jury verdict in this case. I've written to Mr. Shevlin in a letter dated March 31, 2016 with that request, and he has not responded. He only is willing to pay for one defendant, (Officer Douglas Williams).
   As I stated in my letter to Your Honor on March 31, 2016. Mr. Shelin doesn't want to honor the jury verdict as to defendant Robert BJ Smith.

   I also would like to inform the Court of the change of my address. Since April 14, 2016 I have been moved to Fishkill Correctional Facility.

   I have also requested in my last letter to the Court the assignment of counsel, and as of this date I have not heard from anyone in that regard.

   In conclusion, thank you in advance for your time, attention, and all considerations in the above mentioned matters.

Respectfully

*[signature]*
Mr. Juan Hernandez

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/26/16

P.S. Mr. Shelin's office has been notified of my change of address when this letter is beeing sent out in the mail.

Change of address

