From The Desk Of
Mr.Juan Hernandez 94A5040
Fishkill Corr. Fac.
P.O. Box-1245
Beacon, NY 12508

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/16

May 7, 2016

United States District Court
Hon.Sidney H. Stein
District Judge
United States CourtHouse
500 Pearl Street
New York, NY 10007-1312

RE: Hernandez v. Goord et. al., 01 Cv 9585 (SHS)

Dear Judge Stein;

   Please pardon my intrusion an allow me a few moments of the Court's time. I am now writing to respectfully request that the Court setup a phone confrerence between the parties of this case.

   As the Court is aware, that the Plaintiff in this case won a jury verdict against two New York State employees on or about May 9, 2014. Since then the defendants attorneys (The New York State Attorney General's Office) has refused to pay the amount as listed in the verdict.

   The Plaintiff has written at least two letters to Mr.Neil Shevlin of the New York State Attorney General's Office. One dated April 20, 2016; and one dated March 31, 2016, requesting that the Plaintiff is paid the owed $38,002.00. Mr.Shevlin as of this date has not provided Plaintiff with a voucher for that amount. As a matter of fact, I have not received a responce from Mr.Shevlin's office to the letters dated April 20, 2016, or March 31, 2016.

   Plaintiff respectfully requests that the Court setup a phone conference in this matter for June 3, 2016, or perhaps the following week June 6,2016 thur June 10, 2016. Which ever date is most convenient for the court. This request is in order to bring closure to this case that has been long an over due.

   Please respond to this line of communication to deny or confirm this request.

   In conclusion, thank you in advance for your time, attention, and all considerations in the above mentioned matters.

Respectfully

*Mr.Juan Hernandez* (signature)
Mr.Juan Hernandez

cc:File
   Mr.Neil Shevlin (Asst.Att. Gen.)
   Mr.Andrew Bersin Esq.

RECEIVED
MAY 11 2016
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

From The Desk of
Mr.Juan Hernandez 94A5040
Fishkill Corr. Fac.
P.O. Box-1245
Beacon, NY 12508

## AFFIDAVIT OF SERVICE

RE: Hernandez v. Goord et. al.,- 01 Cv 9585 (SHS)

STATE OF NEW YORK )
                  ) s.s.:
COUNTY OF DUTCHESS)

Juan Hernandez, being duly sworn, deposes and states:

1. I am over the age of 18 and reside at **Fishkill Correctional Facility, P.O. Box 1245, Beacon, New York 12508-8245**.

2. On May 7, 2016, I served the within: Letter dated 5/7/16 addressed to Hon.Sidney H. Stein (S.D.C.J.)

upon: Mr.Neil Shevlin Assistant Attorney General 120 Broadway New York NY 10271; Mr.Andrew Bersin Esq. 319 Broadway New York, NY 10007; Hon.Sidney H. Stein 500 Pearl Street New York, NY 10007

at the following address: AS LISTED ABOVE

*Andrew Bersin ESQ The Durst law Firm 319 Broadway New York, NY 10007 (212)946-1000 As listed on docket sheet.*

by depositing a true copy of the within in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the Department of Correctional Services of New York.

_Mr. Juan Hernandez_

SWORN TO BEFORE ME THIS 7th
DAY OF May 7, 2016

NOTARY PUBLIC

PETER E CARDWELL
Notary Public, State of New York
No. 01CA6248895
Qualified in Dutchess County
Commission Expires Sept. 26, 20__