From The Desk of
Mr. Juan Hernandez 94A5040
675 Morris Ave
Bronx, NY 10451
Suite #5-K

June 14, 2016

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Attn: Pro Se Office

RE: Hernandez v. Goord 01 Civ 9585 (GHS)
Address Change of Plaintiff

Dear Pro Se Office

I am the Plaintiff in the above Caption Case writing to inform the Court that the Plaintiff has moved as of June 2, 2016.

Plaintiff is presently housed in a Shelter, but can receive mail at 675 Morris Ave. Bronx, NY 10451 Suite 5-K, in Care of V. Brock. Please make a Court Record of this Change of address.

In Conclusion thank you in advance for your time and attention.

Respectfully,
Mr. Juan Hernandez

Mr. Juan Hernandez 94A5040
615 Morris Ave
Bronx, NY 10451

Legal-Mail

RECEIVED
SDNY PRO SE OFFICE
2016 JUN 21  AM 9:41

USM P3
SDNY

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Attn: Pro Se Office

16 JUN 2016 PM 15 L

Legal-Mail